IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| REYNALDO & GLINDA HINOJOSA | § | 04-20392-C-7 |
| DEBTOR | § | |

EX PARTE MOTION TO DEPOSIT UNCLAIMED DIVIDENDS
INTO THE REGISTRY OF THE COURT PURSUANT 11 U.S.C. §374(a)

The undersigned Trustee reports that the dividend check for the following creditor was returned by the Postmaster as unable to forward and the funds remained unclaimed

Ryan Steven IOLTA on Behalf of
Corpus Christi Greater Directory     Claim # 27          $ 117.28

Pursuant to Bankruptcy Rule 3011 and 11 U.S.C. §347(a), the undersigned Trustee requests authorization to deposit the unclaimed dividends into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041 et seq).

Respectfully submitted,

/s/ Lisa Nichols
Lisa Nichols, Chapter 7 Trustee
State Bar No. 14929950
400 SPID #102
Corpus Christi, TX 78405
(361) 299-6100
(361) 299-6101 fax
lnicholstrustee@aol.com