IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| REYNALDO & GLINDA HINOJOSA | § | 04-20392-C-7 |
|     DEBTOR | § | |

EX PARTE MOTION TO DEPOSIT DIVIDENDS LESS THAN $5.00
INTO THE REGISTRY OF THE COURT PURSUANT 11 U.S.C. §374(a)

The undersigned Trustee reports that the dividends payable to the following creditors are less than $5.00, the amount specified in Bankruptcy Rule 3010:

| | | |
|---|---|---|
| Allied Waster Service | Claim No. 21 | $2.84 |
| Unifirst | Claim No. 25 | $1.45 |
| Total | | $4.29 |

Pursuant to Bankruptcy Rule 3010 and 11 U.S.C. §347(a), the undersigned Trustee requests authorization to deposit the small dividends into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041 et seq).

Respectfully submitted,

/s/ Lisa Nichols
Lisa Nichols, Chapter 7 Trustee
State Bar No. 14929950
400 SPID #102
Corpus Christi, TX 78405
(361) 299-6100
(361) 299-6101 fax